**Abdul–Hasib AL–MUSAWWIR,
Plaintiff–Appellant,**

v.

**S.K. YOUNG, Warden, Wallens Ridge
State Prison; Commissary Manager
Vanover, Defendants–Appellees.**

No. 01–7032.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 6, 2002.

Abdul–Hasib al-Musawwir, Pro Se.

Before NIEMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

PER CURIAM.

Abdul–Hasib Al–Musawwir appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Al–Musawwir v. Young*, No. CA–01–391–7 (W.D.Va. May 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*